

**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

SEP 7 11 09 AM
FINANCIAL DISCLOSURE OFFICE
RECEIVED

HONORABLE EDITH H. JONES
12505 U.S. COURTHOUSE
515 RUSK AVENUE
HOUSTON, TEXAS 77002-2655

PHONE: [713] 250-5484
FAX: [713] 25 -5017

August 25, 2004

Judge Mary M. Lisi, Chair,
Committee on Financial Disclosure
Administrative Office of the United States
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

     Re:  2003 Financial Disclosure Report for Edith H. Jones

Dear Judge Lisi:

     The following statements respond to your inquiry of July 27 concerning my 2003 Financial Disclosure Report and constitute a correction of the two items you listed.

     Section VII.  INVESTMENTS and TRUSTS:
     Line 18.  Salomon Inc. Flt. Rate Mtn.
          Columns C(1) and C(2) should be blank;
          Column D(1) should read "Redeemed"
               instead of "Sold?"; and
          Columns D(2) through (4) answers are: 9/25, J, C.
     Line 37.  IBM Notes
          Columns C(1) and C(2) should be blank;
          Column D(1) should read "Redeemed"
               instead of "Sold"; and
          Columns D(4) should read "C" instead of "A."

     Sorry for the inconvenience.  This correction is submitted subject to the certification in Part IX of the Disclosure Report.

                  Very truly yours,



                  Edith H. Jones

EHJ/bn

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Jones, Edith H | 2. Court or Organization 5th Circuit Court of Appeals | 3. Date of Report 5/14/2004 |

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

Circuit Judge, Active

5. ReportType (check appropriate type)
○ Nomination, Date
○ Initial   ◉ Annual   ○ Final

6. Reporting Period
1/1/2003
to
12/31/2003

7. Chambers or Office Address

515 Rusk Avenue, Room 12505

Houston, TX 77002

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Sam Houston Area Council, Boy Scouts of America |
| 2. | Advisory Board | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. | Director | Texas Law Review Association |
| 4. | Member | Judicial Advisory Board, George Mason University Law & Economics Center |
| 5. | President | Garland Walker Inns of Court |
| 6. | Member | White House Fellows Commission |
| 7. | Member | President's Council of Cornell Women |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 21 11 15 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Andrews & Kurth, LLP | 0.00 |
| 2. | | Compressor Engineering Corp. | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | White House Fellows Commission | 1/22-23 - Food, lodging and travel to Washington, DC for members meeting |
| 2. | Federalist Society | 1/28 - Food and travel to Charlottesville to speak at Univ. of Virginia Law School |
| 3. | Federalist Society | 2/28-3/2 - Food, lodging and travel to Boston, MA to speak at Harvard Law School |
| 4. | American Bankruptcy Institute | 3/30-31 - Food, lodging and travel to NY for 2003 Nat'l Duberstein Moot Ct. competition |
| 5. | White House Fellows Commission | 6/12-15 - Food, lodging and travel to Annapolis, MD to interview WHF candidates |
| 6. | Federalist Society | 10/16 - Food and travel to Little Rock, AR to speak at Univ. of Arkansas |
| 7. | GMU Judicial Advisory Bd. | 10/31-11/1 - Food, lodging and travel to Alexandria, VA to attend board meeting |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  BANK ACCOUNTS | | | | | | | | | |
| 2.  Bank One - Accounts | B | Interest | L | T | | | | | |
| 3.  Bank of America - Accoimts | B | Interest | L | T | | | | | |
| 4.  J.P. Morgan Chase Bank - Accounts | B | Interest | L | T | | | | | |
| 5.  STOCKS, BONDS & NOTES | | | | | | | | | |
| 6.  AT&T Common Stock | A | Dividend | J | T | Sold (pt.) | 11/12 | J | B | |
| 7.  Xcel Energy - common | B | Dividend | K | T | | | | | |
| 8.  McDonald's Corp. - common | A | Dividend | J | T | | | | | |
| 9.  Investment Co. of America | A | Dividend | K | T | | | | | |
| 10.  Aim Constellation Fund | A | Dividend | K | T | | | | | |
| 11.  Dow Chemical-common | A | Dividend | J | T | | | | | |
| 12.  Exxon Mobil Corp. - common | A | Dividend | K | T | | | | | |
| 13.  Nestle - common | A | Dividend | K | T | | | | | |
| 14.  Newmont Gold - common | A | Dividend | J_ | T | | | | | |
| 15.  Pennzoil Co. Note | A | Interest | J | T | | | | | |
| 16.  Aim Constellation Fund | A | Dividend | J | T | | | | | |
| 17.  Putnam New Opportunity Fund | A | Dividend | J | T | | | | | |
| 18.  Salomon Inc. Flt. Rate Mtn. | A | Interest | J | T | Sold? | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. BP Amoco - common | A | Dividend | K | T | | | | | |
| 20. Exxon Mobil Corporation - common | A | Dividend | K | T | | | | | |
| 21. Investment Co. of America | A | Dividend | K | T | | | | | |
| 22. Pennzoil Co. Note | A | Interest | J | T | | | | | |
| 23. Intel Corporation | A | Dividend | K | T | | | | | |
| 24. Procter & Gamble | A | Dividend | K | T | | | | | |
| 25. Newmont Gold - Common | A | Dividend | J | T | | | | | |
| 26. Rouse Co. | D | Dividend | M | T | Sold (part) | 8/20 | K | C | |
| 27. Morgan Stanley Assets Acct. | A | Interest | K | T | | | | | |
| 28. Morgan Stanley Assets Acct. | A | Interest | K | T | | | | | |
| 29. Nuveen Ins. Muni Fund | A | Dividend | J | T | | | | | |
| 30. Nuveen Quality Income Muni Fund | A | Dividend | J | T | | | | | |
| 31. SBC Communications, Inc. | A | Dividend | J | T | | | | | |
| 32. Lucent Technology | | None | J | T | | | | | |
| 33. Avaya, Inc. | | None | J | T | | | | | |
| 34. NCR | | None | J | T | | | | | |
| 35. Bell South Notes | B | Interest | K | T | | | | | |
| 36. Pepsico | A | Dividend | K | T | | | | | |

1. Income-Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. IBM Notes | A | Interest | K | T | sold | 11/10 | K | A | |
| 38. Penn. Elec. Co. Note | A | Interest | K | T | | | | | |
| 39. Balt. Gas & Electric Notes | B | Interest | K | T | | | | | |
| 40. Merck & Co. Bonds | A | Interest | J | T | | | | | |
| 41. Morgan Stanley Util. Fd. B | A | Interest | K | T | | | | | |
| 42. Van Kampen Comstock B | A | Dividend | K | T | | | | | |
| 43. Franklin Insd. Tax Free Fund | A | Interest | K | T | Buy | 7/9 | K | | |
| 44. Mut. Series Shares Fund | A | Interest | K | T | Buy | 7/9 | K | | |
| 45. AT&T Wireless | | None | | | Sold (all) | 11/12 | J | A | |
| 46. Comcast | | None | | | Sold (all) | 12/23 | J | B | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section VII. Items 45, 46.  These stocks were owned in amounts too small to require reporting in prior years.

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _May 14, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544